AO 245B (Rev. 2/10) Judgment in a Criminal Petty Case
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

11 JAN -5 AM 11: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LUIS MIGUEL SALAZAR-URBANO | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 10CR4630-JMA<br>LEILA MORGAN, FEDERAL DEFENDERS INC.<br>Defendant's Attorney |

REGISTRATION NO. 24086298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) 1 OF THE SUPERSEDING MISDEMEANOR INFORMATION
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY (Misdemeanor) | 1S |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) 1 OF THE INFORMATION is ☒ are ☐ dismissed on the motion of the United States.
☒ Assessment: $10.00 - WAIVED

☒ No fine  ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JANUARY 4, 2011
Date of Imposition of Sentence

*[signature]*

HON. JAN M. ADLER
UNITED STATES DISTRICT JUDGE

10CR4630-JMA

AO 245B    (Rev. 2/10) Judgment in Criminal Petty Case
           Sheet 2 — Imprisonment

Judgment — Page  2  of  2

DEFENDANT: LUIS MIGUEL SALAZAR-URBANO
CASE NUMBER: 10CR4630-JMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

TIME SERVED

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

10CR4630-JMA